

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 27, 2020**

United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **JACOB F. WATTERS,** | § | **CASE NO. 20-30553-bjh-7** |
| | § | **Chapter 7** |
| **Debtor.** | § | |

## ORDER VACATING DISMISSAL ORDER

On this date the Court considered the *Debtor's Motion to Vacate Dismissal Order* (ECF Docket No. 28, "*Vacatur Motion*") filed by Jacob F. Watters, Debtor in the captioned Chapter 7 bankruptcy case ("*Debtor*"), requesting the Court to vacate the Order Dismissing Case (ECF Docket No. 27, "*Dismissal Order*") entered on March 26, 2020, and reinstating this case on the Court's docket so that it may proceed as originally filed without the need for the Debtor to re-file a Chapter 7 case. Having considered the Vacatur Motion and the other matters of record in this case, the Court finds and concludes that cause exists for granting the Vacatur Motion and that no

**Order Vacating Dismissal Order – Page 1**

creditor or party in interest will be prejudiced by vacating the Dismissal Order as requested by Debtor. It is therefore ORDERED THAT:

1. The Vacatur Motion is hereby granted; and

2. The Dismissal Order entered in the captioned Chapter 7 Bankruptcy Case on March 26, 2020, at ECF Docket No. 27 is hereby VACATED; and

3. To the extent necessary, this case is hereby reinstated on the Court's docket, with all settings, other deadlines, and all trustee appointments and scheduling matters remaining effective and in force, the same as if the Dismissal Order had not been entered.

### # # # END OF ORDER # # #