

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 16, 2020**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JACOB F. WATTERS | § | Case No. 20-30553-bjh7 |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER GRANTING TRUSTEE'S APPLICATION FOR
## EMPLOYMENT OF ATTORNEY

On this day, came on for consideration the **Trustee's Application for Employment of Attorney** [Docket No. 22] (the "Application"), filed by Jeffrey H. Mims, as Chapter 7 Trustee (the "Trustee") seeking approval of the Court to allow CAVAZOS HENDRICKS POIROT, P.C. (the "Firm") to represent the Trustee, as more particularly set forth in the Application and Affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Debtors or the estate, that the Firm is disinterested, and that its employment is in the best interest of the estate. It is therefore,

      **ORDERED**, that the Trustee is authorized to employ the Firm as counsel pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further,

      **ORDERED**, that the Firm shall comply in all respects with N.D. TX L.B.R. 2016.1.

**### END OF ORDER ###**
